Delaney L. Miller, Esq. SBN: 302851
MAKKABI LAW GROUP, APC
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Tel. (310) 887-8000
Fax (310) 887-8001
L5@makkabilaw.com
dmiller@makkabilaw.com

Attorneys for Plaintiffs, GLADYS SURIGAO UGSAD-NUNEZ, ERWIN GALO NUNEZ, NORMITA SURIGAO UGSAD, and NORMA SURIGAO UGSAD

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLADYS SURIGAO UGSAD-NUNEZ, ET AL.,<br>Plaintiffs,<br>v.<br>DANIEL JAY FASTHORSE, ET AL.,<br>Defendants. | Case No.: 2:26-cv-00909-DJC-JDP<br><br>**ORDER APPOINTING GUARDIAM AD LITEM FOR PLAINTIFF NORMA SURIGAO UGSAD** |

The Application for Appointment of Guardian ad Litem for Plaintiff Norma Surigao Ugsad came before the Court pursuant to Federal Rule of Civil Procedure 17(c).

Having reviewed the application, the declarations submitted in support thereof, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED.
2. Erwin Galo Nunez is appointed Guardian ad Litem for Plaintiff Norma Surigao Ugsad for all purposes in this action.

////

////

////

3. As Guardian ad Litem, Erwin Galo Nunez shall have authority to act on behalf of Norma Surigao Ugsad in connection with this litigation, subject to further order of the Court.

IT IS SO ORDERED.

Dated: August 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE